# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

146301

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CITIZENS INSURANCE COMPANY OF
AMERICA, AUTO CLUB GROUP
INSURANCE ASSOCIATION, WESTFIELD
INSURANCE COMPANY, STATE FARM
FIRE AND CASUALTY COMPANY,
HARTFORD FIRE INSURANCE COMPANY,
and ALLSTATE INSURANCE COMPANY,
      Plaintiffs-Appellees,

v

PROFESSIONAL TEMPERATURE HEATING
AND AIR CONDITIONING, INC.,
      Defendant-Appellant.

SC: 146301
COA: 300524
Oakland CC: 2008-096006-NZ
        2009-098423-CK
        2009-100362-CZ

_____/

      On order of the Court, the application for leave to appeal the October 25, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

t0325